# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANNAMARIE LAST NAME UNCERTAIN,<br><br>Plaintiff,<br><br>v.<br><br>ELECTORS FOR THE STATE,<br><br>Defendants. | Case No. 3:12-cv-00516-MMD-VPC<br><br>ORDER |

Before the Court is the Report and Recommendation ("R&R") of the Honorable Valerie P. Cooke, United States Magistrate Judge, entered on March 26, 2013, (dkt. no. 6) regarding Plaintiff's Motion for Leave to Proceed *in forma pauperis* (dkt. no. 1).

Plaintiff filed her Motion for Leave to Proceed *in forma pauperis* on September 24, 2012. (Dkt. no. 1.) Magistrate Judge Cooke issued a minute order on November 30, 2012, stating that the Motion was insufficient and requiring Plaintiff to fill out an application to proceed *in forma pauperis* and to file it with the Court. (Dkt. no. 4.) In the minute order, Magistrate Judge Cooke advised Plaintiff that failure to complete the application would result in a recommendation to deny the Motion and dismiss the Complaint. To date, Plaintiff has failed to complete and file the application. The R&R recommends that Plaintiff's Application be denied and the case be dismissed without prejudice. In response, Plaintiff filed an appeal to the Ninth Circuit, which was denied for lack of jurisdiction. (Dkt nos. 13, 14.)

1    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and finds good cause to adopt the Magistrate Judge's Recommendation in full.

IT IS THEREFORE ORDERED that Magistrate Judge Cooke's Report and Recommendation (dkt. no. 6) is ACCEPTED and ADOPTED. IT IS FURTHER ORDERED that Plaintiff's Complaint (dkt. no. 3) is DISMISSED.

The Clerk of the Court is instructed to close this case.

DATED THIS 17th day of July 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE